UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER G. COMPTON,<br><br>    Petitioner,<br><br>    v.<br><br>WARREN MONTGOMERY,<br>Warden,<br><br>    Defendants. | Case No. CV 16-08557-ODW (KES)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge.

Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner Walter G. Compton ("Petitioner") has objected.

The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge relating to Petitioner's July 13, 2017, motion for leave to amend his habeas petition. (Dkts. 22, 34.)

IT IS THEREFORE ORDERED:

Petitioner's motion to add the four claims alleged in his Proposed First Amended Petition is DENIED as futile. Petitioner may proceed based on his two earlier-stayed claims. Following entry of this Order, the Magistrate Judge shall issue an order setting a briefing schedule for those claims.

DATED: April 20, 2018

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE