JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GLENN COMPTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARREN MONTGOMERY,<br><br>Warden,<br><br>　　　　Respondent. | Case No. 2:16-cv-08557-ODW-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition is DENIED with prejudice.

DATED: March 10, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE